AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

**07 - 466**

4.    Do you have any cash or checking or savings accounts?          • • Yes      • No 

      If "Yes" state the total amount  $_____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
                                                                              • • Yes      • No 

      If "Yes" describe the property and state its value.

6.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.      None

```
                    FILED

                  JUL 26 2007

              U.S. DISTRICT COURT
              DISTRICT OF DELAWARE
```

I declare under penalty of perjury that the above information is true and correct.

7/22/07
DATE

John Wimley
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

**RESIDENT HISTORY REPORT**                                         Page 1 of 1

**HRYCI**
**05/23/07 13:51**
**ST 006 / OPR KJG**

```
SBI              :  165136
Resident Name    :  WIMBLEY, JOHN
Time Frame       :  06/07/2006 17:56 - 05/23/2007 13:51
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|------|------|------|----|----|-----------|--------|---------|
| 06/07/2006 | 17:56 | Intake | 5 | BVS | E15448 | 1.00 | 1.00 |
| 06/13/2006 | 12:11 | Add | 4 | SED | D49389 | 30.00 | 31.00 |
| 06/14/2006 | 09:41 | Order | 2 | DDT | B119632 | 20.08 | 10.92 |
| 06/21/2006 | 08:36 | Order | 2 | DDT | B120782 | 10.91 | 0.01 |
| 03/26/2007 | 12:15 | Add | 4 | CAR | D66097 | 20.00 | 20.01 |
| 03/29/2007 | 15:47 | Rec Payment | 6 | kjg | F27533 | 0.39 | 19.62 |
| 03/30/2007 | 09:10 | Rec Payment | 10 | bsp | J9131 | 19.53 | 0.09 |