(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) JOHN H Wimbley  165 136
   (Name of Plaintiff)    (Inmate Number)

HRYCI

  1301 East 13 Street W/m Del 19809
   (Complete Address with zip code)

(2)_____
   (Name of Plaintiff)    (Inmate Number)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) CMS, Nurse CaN DACE

(2)_____

(3)_____
   (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 07 - 466 -

    (Case Number)
   (to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED

JUL 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**I.  PREVIOUS LAWSUITS**

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Case Name   Wimbley V. J McReyNolds   Case Number
1:07-cv-179  case AssigNed to Judge M. Sleet
the following traNsaction was eNtered oN 4/4/07
At 4:04 pm Edt ANd Filed oN 4/4/07 documents
Filed.(RJB)

**II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?   • •Yes • •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?   • •Yes  • No

C.    If your answer to "B" is Yes:

1.  What steps did you take?  _the  meDicAl  GRievance  was_
_threw  iN to  trash  by  ANd  c/o_

2.  What was the result? _____

_____

D.    If your answer to "B" is No, explain why not: _____

_____

**III.    DEFENDANTS** (in order listed on the caption)

(1)  Name of first defendant:  _NURSE  CANDace_
Employed as  _CMS  HRyer  Nurse.CoNDoNCE  CoRRectioNs  HRyCI_

Mailing address with zip code:  _PO  BOX  9561  WilmiNytoN, Del_
_19209_

(2)  Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

_____

(3)  Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

_____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. INCIDENT Date 1/5/07 8/4/ shift on the above Date Nurse Candace gave I John Wimbley a time some one e/se medichtiour that was not prescribed this Nurse work for medical Depart ment CMS HRYCI

2. CORRCCTIons services 8/4/ I have put In over 90 Days of medical Grievance And it has Not be resolved this Nurse have put my Life In Danger In this facility HRycz the medications gave

3. me A very bad Side EFFECts I have Notify Sgt M. moody medical Inmate Grievance I Am showing the court the Evidence of Negligent she gave me seRAquel ANti psychatic that was Not prescribed by A m/D/

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want to sue Nurse Candace In Her Individual Compassiondy official compassiouedy for 4,000,00 Dollars And my Freedom for Nurse Candace gaveing me some one e/se medications not Prescribed by M/D/ she gave me SeRAQuel ANti psychotii medicaione it gave me very bad side effecti I'Am showing to court All the Evidence of Negligent

2. _____

   _____

   _____

   _____

   _____

3. _____

   _____

   _____

   _____

   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __22__ day of __July_____, 2 __2007__ .

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

# Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:         John Wimbley ID SBI#165136

FRQM:       Sgt. M. Moody, Inmate Grievance Chair

DATE:       3|29|07

RE:         MEDICAL GRIEVANCE # 104230

Please be advised that your medical grievance has been received in the office

of the Grievance Chair. In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC). Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis. Thank you for your patience.

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: HRyCI

DATE SUBMITTED: 1/5/07

INMATE'S NAME: John Wimbley

SBI#: 165136

HOUSING UNIT: 1D pod #5

CASE #: _____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: 1/5/07/

TYPE OF MEDICAL PROBLEM:

On the above date 1/5/07 NURSE CANDACE give I John Wimbley 2 time some 2/se over medications that was Not prescribed this Nurse worke For medical Department Cms HRyCI Correctious Services 3/4/I Have put in over 90 Days 07 medical GriEvance And it Has Not be Resolved this Nurse Have put my LiFe In DANger In this Facility HRyCI the medications gave me A bad side effects I Have Notify Sgt m. moody In mate GrievANce medical I Show All the EvideNce of NegLigent. She give me SeRaqud SeRAQueL

GRIEVANT'S SIGNATURE: John Wimbley

DATE: 1/5/07/

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** (H.R.Y.C.I.)    (GANDER HILL)
**This request is for (circle one): MEDICAL  DENTAL  (MENTAL HEALTH)**

John Wimbley
**Name (Print)**

ID pod
**Housing Location**

5-28-67
**Date of Birth**

165136
**SBI Number**

1/5/07
**Date Submitted**

**Complaint (What type of problem are you having)** I JOHN wimbley was
giving some one else medications I Need to
see the m/D/ the medication that was not prescribed
give me A very bad side effects by Nurse Condace 8/y/ shift

John Wimbley
**Inmate Signature**

1/5/07
**Date**

The below area is for medical use only.  Please do not write any further

**S:** _____

**O:  Temp:** _____ **Pulse:** _____ **Resp:** _____ **B/P:** _____ **WT:** _____

**A:** _____

**P:** _____

**E:** _____

**Provider Signature and Title**        **Date**        **Time**

3/1/99 DE01
Form# MED 263

I'Am NOT ABLE TO PAY No MoNEY to the court
I'Am Filing ANother Class action suit I'am Also
Sending MY INmate Account to you so you see my
Balance that I have No money ON my Books TO PAY the court
I JoHN Wimbley Filed A Civil Lawsuits US District court
The Following transaction was ENtered ON 4/4/07 At 4.04 pm
EDT AND Filed ON 4/4/07 CASE Name Wimbley V McReyNolds
Case Number 107-cv-179 Filer Case After Assigned to JUdge
Gregory m Sleet I'Am INclude Judge (Gms After the case
Number ON All documents Filed (RJb) the court graving Wimbley
Civil Action LawSuits was dismissed (DI 4) For Not Sending
the court some moneys With IN 30 DAys From the date
the order was sent or the case would be dismissed
I'Am Sending you A COPY of my INmate Account
Showing the EVidence to the court that I'Am Not
ABLE to PAY No money to the court At this
time EVer time I Filed LawSuits NoW that the EVidence
Showing that I Do Not Have No money to PAY
the court my INmate Account Balance is 0.09¢
I'Am Sending you A Copy of my INmate Account
BalANce From HRYCI CORRECTioNs State treasure
I'AM NOT ABLE to PAY the Fee to the
COURT

TRANSITION UNIT   1 D pod #

I WITNESS OF INCIDENT MEDICAL NEGLIGENT

1 John Wimbly
2 Andrew Vaughan
3 Wm _____        Wm. Simonsuage
4 John Dupsey
5 _____ _____
6 Michael C Hall
7 Doug _____
8 John Jarrović
9 _____

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## Utility Events

1:07-cv-00179-UNA Wimbley v. McReynolds

PaperDocuments

.

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 4/4/2007 at 4:04 PM EDT and filed on 4/4/2007

**Case Name:** Wimbley v. McReynolds

**Case Number:** 1:07-cv-179

**Filer:**

**Document Number:** No document attached

**Docket Text:**
Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb)

**1:07-cv-179 Notice has been electronically mailed to:**

**1:07-cv-179 Notice has been delivered by other means to:**

John H. Wimbley
SBI #165136
HRYCF
P.O. Box 9561
Wilmington, DE 19809

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN H. WIMBLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-179-GMS |
| | ) |
| C/O JERMAINE MCREYNOLDS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

WHEREAS, the plaintiff John H. Wimbley ("Wimbley"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 9, 2007, this court entered an order granting Wimbley leave to proceed *in forma pauperis* and requiring Wimbley to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I. 4);

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from Wimbley;

THEREFORE, at Wilmington this __21__ day of __June__, 2007, IT IS HEREBY ORDERED that Wimbley' complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE

FILED

JUN 2 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE



From John Wimbley 165136
Po. Box 9561
Wilmington Del 19809

To: Clerk
U.S. District Court
Lockbox 18
844 N. King St
Wilmington, Del 19801