07-466 (GMS)

Date 8/7/07

To: Judge Gregory M Sleet

I John Wimbley Filed Lawsuit 4/09/07 And my Lawsuit was Dismissal From the Court, I sent my prison trust Account I Do Not Have No money in my prison Account Each time I Filed Lawsuits 2 time it was Dismissal, I Do Not Have No money to pay the Filling Fee to the court I Am Showing the court Evidence by my prison Account that I Do Not Have No moneys so why Do the Court keep Volntion my Constitution Right, this case Assigned to Jude Gregory M. Sleet this case was Entered on 8/1 2007 At 3:20 PM EST And Filed on 8/1/2007 Case Name Wimbley V, Candace Case Number 1:07-cv- 466, I Have Copys of Every thing I sent to the Court Show the Evidence to the Court on this case Above And Evidence And copy of my prison Account that I sent to U.S. District Court, So there No Rea for the Court to keep Dismissal my civil complaint I can not pay Filling Fee to the court No mone And my Prison Account Show the Evidence

BD Scanned

FILED
AUG -9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



From: John Wrobby SBI 165513
P.O. Box 966
Wilmington, Del 19809

Hon. Judge Gregory M. Sleet
Clerk US District Court
Lock Box 18
844 N. King Street
Wilmington, De. 19801

$00.41 AUG 08 2007
MAILED FROM ZIP CODE 19802