AO 240 (Rev. 10/03)
DELAWARE (Rev. 5/06)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

John H. Wimbley
Plaintiff

V.

Condace Cems Nurse
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07-466 GMS

I, John H Wimbley, declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant   ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
AUG 1 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No" go to Question 2).

   If "YES" state the place of your incarceration   HRYCI 7                    BD-scanned

   **Inmate Identification Number (Required):**   165136

   Are you employed at the institution? No  Do you receive any payment from the institution? ____

   *Attach a ledger sheet from the institution of your incarceration detailing all transactions over the past six months.*

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes   ☑ No
   b. Rent payments, interest or dividends              ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☑ No
   d. Disability or workers compensation payments       ☐ Yes   ☑ No
   e. Gifts or inheritances                             ☐ Yes   ☑ No
   f. Any other sources                                 ☐ Yes   ☑ No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 5/06)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.

_8/9/07_
DATE

_Jok Wimbley_
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

RESIDENT HISTORY REPORT
Page 1 of 1

```
HRYCI
03/19/07 14:44
ST 006 / OPR KJG

SBI            : 165136
Resident Name  : WIMBLEY, JOHN
Time Frame     : 06/07/2006 17:56 - 03/19/2007 14:44

---------------------------------------------------------------------------------
Date        Time    Type            ST   OPR    Receipt #        Amount    Balance
---------------------------------------------------------------------------------

06/07/2006  17:56   Intake          5    BVS    E15448            1.00       1.00
06/13/2006  12:11   Add             4    SED    D49389           30.00      31.00
06/14/2006  09:41   Order           2    DDT    B119632          20.08      10.92
06/21/2006  08:36   Order           2    DDT    B120782          10.91       0.01
```



From: John Wimbley SBI 165126
HRYCI PO Box 9561
Wilmington Del 19809

Office of the Clerk
United States District Court
844 N. King Street Lock Box 18
Wilmington Delaware 19801