IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN H. WIMBLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-466 GMS |
| | ) | |
| CANDACE *(CMS Nurse)*, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

1.  The plaintiff John H. Wimbley, SBI #165136, a <u>pro</u> <u>se</u> litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee or a request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> pursuant to 28 U.S.C. § 1915.

2.  On August 7, 2007, this Court assessed the plaintiff the $350.00 filing fee and ordered him to provide a complete request to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.  The plaintiff submitted the required document on August 14, 2007.

3.  Based on the plaintiff's submissions, his request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is granted.   The Court has determined that the **plaintiff has no assets and no means to pay the initial partial filing fee, nevertheless, any money the plaintiff later receives will be collected in the manner described below.**

4.  The plaintiff shall, within thirty days from the date this order is sent, complete and return to the Clerk of Court, the attached authorization form allowing the agency having custody of him to forward all payments required by 28 U.S.C. § 1915(b)(2) to the Clerk of the Court. **FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM TO THE CLERK OF COURT WITHIN THIRTY DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION.**

5.  The plaintiff shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's prison trust account and absent further order of the Court, the Warden or other appropriate official at Howard R. Young Correctional Facility, or at any prison at which the plaintiff is or may be incarcerated, shall forward payments from his account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fee is paid. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

6.  Pursuant to 28 U.S.C. § 1915(g), if plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim

upon which relief may be granted, the Court shall deny plaintiff leave to proceed *in forma pauperis* all future suits filed without prepayment of the filing fee, unless the Court determines that plaintiff is under imminent danger of serious physical injury.

DATED August 17, 2007

_____
United States District Judge

```
┌─────────────────────────────┐
│         F I L E D           │
│  ┌───────────────────────┐  │
│  │                       │  │
│  │     AUG 1 7 2007       │  │
│  │                       │  │
│  └───────────────────────┘  │
│      U.S. DISTRICT COURT     │
│    DISTRICT OF DELAWARE      │
└─────────────────────────────┘
```

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHN H. WIMBLEY,                 )
                                 )
          Plaintiff,             )
                                 )
     v.                          ) Civil Action No. 07-466 GMS
                                 )
CANDACE *(CMS Nurse)*,           )
                                 )
          Defendant.             )

### AUTHORIZATION

I, John H. Wimbley, SBI # 165136 request and authorize the
agency holding me in custody to disburse to the Clerk of the
Court all payments pursuant to 28 U.S.C. § 1915(b) and required
by the Court's order dated *August 17*        , 2007.

This authorization is furnished to the Clerk of Court in
connection with the filing of a civil action, and I understand
that the filing fee for the complaint is $350.00.  I also
understand that the entire filing fee may be deducted from my
trust account regardless of the outcome of my civil action.  This
authorization shall apply to any other agency into whose custody
I may be transferred.

Date: _____, 2007.


                              _____

                              Signature of Plaintiff