SBI 65116

I John H Wimbley is sending the clerk of the court my Inmate Account Balance civil action No. 07 466 GMS John H. Wimbley plaintiff, V. Candace CMS nurse Defendant

From John H Wimbley SBI 165116
P.O. Box 9561
Wilmington Del 19809

I Need 30 Days to send my Account Balance Show the court I Do not Have No Money

Thank you very much for your time on this matter

RECEIVED
SEP 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

```
RESIDENT HISTORY REPORT                                                  Page 1 of 1

HRYCI
03/19/07 14:44
ST 006 / OPR KJG

SBI            :  165136
Resident Name  :  WIMBLEY, JOHN
Time Frame     :  06/07/2006 17:56 - 03/19/2007 14:44

--------------------------------------------------------------------------------
Date        Time    Type             ST   OPR   Receipt #      Amount    Balance
--------------------------------------------------------------------------------

06/07/2006  17:56   Intake            5   BVS   E15448           1.00       1.00
06/13/2006  12:11   Add               4   SED   D49389          30.00      31.00
06/14/2006  09:41   Order             2   DDT   B119632         20.08      10.92
06/21/2006  08:36   Order             2   DDT   B120782         10.91       0.01
```