IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN H. WIMBLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-466-GMS |
| | ) | |
| CANDACE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, the plaintiff John H. Wimbley ("Wimbley"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on August 17, 2007, this court entered an order granting Wimbley leave to proceed *in forma pauperis* and requiring Wimbley to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I. 7);

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from Wimbley;

THEREFORE, at Wilmington this 30th day of Oct, 2007, IT IS HEREBY ORDERED that Wimbley' complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE



FILED
OCT 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE